IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16CV801

| | |
|---|---|
| MATTHEW WAGNER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CITY OF CHARLOTTE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court upon Plaintiffs' Motion for Leave to File an Amended Complaint (Doc. No. 7) and Plaintiffs' Motion for Remand to State Court and Award of Attorneys' Fees and Expenses (Doc. No. 5). The Defendant has filed a response indicating that that the parties have conferred and agreed that Defendant consents to Plaintiffs' Motion for Leave to File an Amended Complaint based upon Plaintiffs' Proposed Amended Complaint (Doc. No. 7-1) eliminating Plaintiffs' federal claims. Likewise, Defendant consents to remand of this case to the Superior Court of Mecklenburg County, North Carolina. The Court is informed that Plaintiffs have agreed not to pursue their request for attorneys' fees and expenses. Accordingly,

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Leave to File an Amended Complaint is hereby GRANTED; and

IT IS FURTHER ORDERED that Plaintiffs' Motion for Remand to State Court is hereby GRANTED and this matter is remanded to the Superior Court of Mecklenburg County, North Carolina.

Signed: February 27, 2017

Graham C. Mullen
United States District Judge